**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Matthew Allen Bender** | : | **Case No.: 16-02091** |
| **Lael Renee Bender FKA Lael** | : | **Chapter 13** |
| **Renee Wainscott, FKA Lael Renee** | : | **Judge Jeffrey J. Graham** |
| **Rice** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Debtor(s)** | | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY BECAUSE PLAN PROPOSES TO SURRENDER PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER (FIRST MORTGAGE)**

The creditor, Wells Fargo Bank, N.A., hereby moves the Court, pursuant to 11 U.S.C. § 362(d) and § 554, to lift the automatic stay and abandon from the estate the following real property:

28 Park Court, Pendleton, IN 46064, (hereinafter the "Property").

In support of the motion, the Creditor states the following:

1. Matthew Allen Bender and Lael Renee Bender FKA Lael Renee Wainscott, FKA Lael Renee Rice (hereinafter collectively, "Debtor") filed a Chapter 13 case on March 24, 2016, (hereinafter the "Petition Date").

2. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as Exhibit "B".

3. The above described Mortgage was given to secure a promissory note, (hereinafter the "Note"), dated March 21, 2012 and made payable to the Creditor in the original sum of $109,257.00. A copy of the Note is attached hereto as Exhibit "A".

16-009093_SLT

4. The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Madison County Recordings Office on April 16, 2012. Evidence of perfection is attached as Exhibit "B".

5. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

6. As of March 24, 2016, the outstanding principal of the Note was $102,508.93 and the outstanding interest was $2,744.63.

7. The Debtor is in default pre-petition. A pre-petition payment history is attached hereto as Exhibit "1".

8. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

   a. Creditor believes that the Property has a value of $112,300.00 based on the Auditor's tax record, which is attached hereto as Exhibit "C". It appears that the property could potentially have equity, but Creditor asserts that the amount of equity would be small and contingent given the condition of the current real estate market. Creditor alleges that the costs of sale of the real estate would eliminate any potential equity. Therefore, Creditor alleges that any equity in the property is of inconsequential value to the estate and requests that the Court order the Trustee to abandon.

   b. The Creditor is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor has failed to make periodic payments to Creditor since September 1, 2015 which unpaid payments are in the aggregate amount of $6,404.40 through March 24, 2016.

   c. As of the filing date, Debtor was to have made 7 pre-petition payments. No payments have been made by Debtor since the filing of the petition. Debtor is delinquent $6,404.40 pre-petition payments and Debtor intends to surrender the Property located at 28 Park Court, Pendleton, IN 46064 according to the Chapter 13 Plan filed.

9. The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed. Creditor, by counsel, further prays

16-009093_SLT

that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within 14 days of the date of this notice. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

**Indianapolis**
116 U.S. Courthouse, 46 E. Ohio St.
Indianapolis, IN  46204

The objecting party must ensure delivery of the objection to the party filing the motion. If an objection is NOT timely filed, the requested relief and abandonment may be granted.

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay and abandoning the Property, and granting such other relief as appropriate.

Respectfully submitted,

*/s/ Adam B. Hall*
Sarah E. Willms (28840-64)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (11532-10)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Creditor
The case attorney for this file is
Sarah E. Willms.
Contact email is sew@manleydeas.com

16-009093_SLT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property Because Plan Proposes to Surrender Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

John Morgan Hauber, 320 N. Meridian St., Ste. 200, Indianapolis, IN 46204, ecfmail@hauber13.com

Michael Lee Jackson, Attorney for Matthew Allen Bender and Lael Renee Bender FKA Lael Renee Wainscott, FKA Lael Renee Rice, Jackson & Oglesby Law LLC, 6520 E. 82nd St., Suite 101, Indianapolis, IN  46250, court@indybankruptcylaw.com

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property Because Plan Proposes to Surrender Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on all parties listed on the attached creditor matrix via regular U.S. Mail, postage prepaid on May  13 , 2016.

/s/ Adam B. Hall

16-009093_SLT

```
Label Matrix for local noticing          Ally Bank Lease Trust                   Ally Financial
0756-1                                   PO Box 130424                           PO Box 380901
Case 16-02091-JJG-13                     Roseville MN 55113-0004                 Bloomington, MN 55438-0901
Southern District of Indiana
Indianapolis
Fri May 13 17:17:41 EDT 2016

Attorney General of the United States    Barclays Bank Delaware                  Barclays Bank Delaware
U.S. Department of Justice               PO Box 8801                             Po Box 8803
950 Pennsylvania Ave NW                  Wilmington, DE 19899-8801               Wilmington, DE 19899-8803
Washington, DC 20530-0001


Lael Renee Bender                        Matthew Allen Bender                    (p)CAPITAL ONE
5801 N. Olney St., Apt. 2                5801 N. Olney St., Apt. 2               PO BOX 30285
Indianapolis, IN 46220-5180              Indianapolis, IN 46220-5180             SALT LAKE CITY UT 84130-0285


Capital One                              Capital One Bank (USA), N.A.            Chase
Attn: Bankruptcy                         PO Box 71083                            Attn: Correspondence Dept
PO Box 30285                             Charlotte, NC  28272-1083               PO Box 15298
Salt Lake City, UT 84130-0285                                                    Wilmington, DE 19850-5298


Chase                                    Chase Auto Finance                      Chase Card Services
Po Box 15298                             PO Box 901076                           600 Community Drive
Wilmington, DE 19850-5298                TX10056                                 Manhasset, NY 11030-3802
                                         Fort Worth, TX 76101-2076


Chase Card Services                      Citi                                    Crown Asset Management, LLC
Attn: Correspondence Dept                PO Box 6241                             3100 Breckinridge Blvd., Ste. 172
PO Box 15298                             Sioux Falls, SD 57117-6241              Duluth, GA 30098-0001
Wilmingotn, DE 19850-5298


Equifax                                  Experian                                John Morgan Hauber
Attn: Bankruptcy Dept.                   Attn: Bankruptcy Dept.                  Office of John M. Hauber, Chapter 13 Tru
PO Box 740241                            PO Box 2002                             320 N. Meridian St., Ste. 200
Atlanta, GA 30374-0241                   Allen, TX 75013-2002                    Indianapolis, IN 46204-1719


IRS                                      Indiana Department of Revenue           Michael Lee Jackson
PO Box 7346                              Attn: Bankruptcy Department             Jackson & Oglesby Law LLC
Philadelphia, PA 19101-7346              100 N Senate Ave                        6520 E. 82nd St., Suite 101
                                         Indianapolis, IN 46204-2253             Indianapolis, IN 46250-3589


Jackson & Oglesby Law LLC                Lending Club Corp                       Madison Circuit Court 3
6520 E. 82nd St., Suite 101              71 Stevenson St                         16 E 9th St., #304
Indianapolis, IN 46250-3589              Suite 300                               Anderson, IN 46016-1181
                                         San Francisco, CA 94105-2985


Manley Deas Kochalski LLC                Monon Park Apartments                   Navient
Attn: Bankruptcy Dept.                   5801 N. Olney Street                    Attn: Claims Dept
PO Box 441039                            Indianapolis, IN 46220-5442             PO Box 9500
Indianapolis, IN 46244-1039                                                      Wilkes-Barr, PA 18773-9500
```

| | | |
|---|---|---|
| Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient Solutions, Inc. on behalf of USAF<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | TransUnion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester, PA 19022-1023 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 |
| U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-1600 | USAA Federal Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265-7504 |
| Wells Fargo Auto Finance<br>Attn: Bankruptcy  2nd Floor<br>13675 Technology Dr<br>Eden Prairie, MN 55344-2252 | Wells Fargo Auto Finance<br>P.o.box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Bank, N.A.<br>C/O Wells Fargo Bank, N.A.,as servicer<br>Attn:Bankruptcy Dept./MAC# D3347-01<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |
| Wells Fargo Bank, N.A. - Wells Fargo Auto Fi<br>PO Box 29706<br>Phoenix, AZ  85038-9706 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wells Fargo Home Mtg<br>Written Correspondence Resolutions<br>MAC#X2302-04E PO Box 10335<br>Des Moines, IA 50306 |
| Wff Auto<br>Po Box 29704<br>Phoenix, AZ 85038-9704 | Sarah E. Willms<br>Manley Deas Kochalski LLC<br>P.O. Box 441039<br>Indianapolis, IN 46244-1039 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Wells Fargo Home Mtg<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Lending Club Corp<br>71 Stevenson St Ste 300<br>San Francisco, CA 94105-2985 | (u)Wells Fargo Bank, N.A. | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     2<br>Total                  48 |