SO ORDERED: June 1, 2016.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In re:

Matthew Allen Bender
   Lael Renee Bender FKA Lael Renee Wainscott, FKA Lael Renee Rice

Debtor.

Case No.: 16-02091 - JJG
Chapter 13
Judge Jeffrey J. Graham
* * * * * * * * * * * * * * * * * * * * *

### ORDER ON CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY (FIRST MORTGAGE)

For good cause shown, Wells Fargo Bank, N.A., its successor and assigns (hereinafter "Creditor")'s Motion for Relief from Automatic Stay and Abandonment of Property is hereby granted.

Creditor filed a motion that requested the Trustee be ordered to abandon his interest in the real property located at 28 Park Court, Pendleton, IN 46064.

The objection deadline has passed, and the Trustee has not filed a written objection to the taking of the proposed action.

Therefore, it is ORDERED that the Trustee abandon his interest in the real property.

1

Creditor's motion also requested relief pursuant to 11 U.S.C. § 362 and § 554 so that it could accelerate the debt owed by Debtor herein and foreclose its mortgage on real property located at 28 Park Court, Pendleton, IN 46064 (hereinafter "Real Estate"), and otherwise pursue Creditor's contractual and state law remedies.

The objection deadline has passed, and the Debtor has not timely filed a written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. § 362 and § 554, it is ORDERED that the stay that issued in this action is terminated with respect to Creditor, its successors and assigns, and that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its mortgage, to sell the collateral in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Real Property.

**SO ORDERED.**

###